UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **NICOLE EMILY CAGGIANO, On Behalf of Herself and All Others Similarly-Situated,**<br><br>　　　　　　　　　　　　**Plaintiffs,**<br><br>　　vs.<br><br>**EOS PRODUCTS, LLC, a New York Limited Liability Company, and DOES 1-10;**<br>　　　　　　　　　　　　**Defendants.** | **1:16-CV-00408-ALC**<br><br>**RULE 41 NOTICE OF DISMISSAL** |

　　　Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) plaintiff Nicole Emily Caggiano, by and through her undersigned counsel, in her individual capacity and solely on her own behalf, hereby dismisses the above-captioned case, and all claims asserted therein, with prejudice.

　　　Dated: March 2, 2018

PARKER WAICHMAN LLP


By: */s/* Raymond C. Silverman
　　　Raymond C. Silverman


6 Harbor Park Drive
Port Washington, NY 11050
Telephone:　(516) 466-6500
Facsimile:　(516) 466-6665
rsilverman@yourlawyer.com

Attorneys for Plaintiff NICOLE EMILY CAGGIANO

## **CERTIFICATION**

I hereby certify that on March 2, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send a notice of electronic filing to all parties of record in this matter.

By: */s/* Raymond C. Silverman
Raymond C. Silverman